# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3358
LT Case No. 27-2024-CF-458-A

———————————————

JASON SCOTT HARRISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and Jacqueline R. Brandt, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

June 9, 2026

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____